WILLIAM F. WRIGHT – SBN 1090470
JULIE A. DOUMIT – SBN 272574
LAW OFFICES OF WILLIAM F. WRIGHT
1731 J Street, Suite 250
Sacramento, California 95811
Telephone:     (916) 442-8614
Facsimile:      (916) 442-5679

Attorneys for Plaintiffs John Chandler,
J.P. Sullivan, and Jacob Stout

RONALD J. HOLLAND – SBN 148687
JOHN D. ELLIS - SBN 269221
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile:  (415) 434-3947

PAUL S. COWIE - SBN 250131
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
379 Lytton Ave.
Palo Alto, California 94301
Telephone:  (650) 815-2600
Facsimile:   (650) 815-2601

Attorneys for Defendant USF Reddaway Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| JOHN CHANDLER, J.P. SULLIVAN, and JACOB STOUT,<br><br>Plaintiffs,<br><br>v.<br><br>USF REDDAWAY INC. and DOES 1 through 20, Inclusive<br><br>Defendants. | Case No. 2:15-cv-02350-TLN-KJN<br><br>**STIPULATION AND ORDER TO STAY ACTION PENDING ARBITRATION**<br><br>[State Court Complaint Filed: October 7, 2015] |
|---|---|

This stipulation is entered into by and between Plaintiffs, John Chandler, J.P. Sullivan, and Jacob Stout, on the one hand, and Defendant USF Reddaway, Inc., on the other hand, by and through their undersigned counsel of record.  The parties stipulate as follows:

1  WHEREAS, the complaint in this action was filed on or about October 7, 2015, and was
2 served on Defendant on or about October 14, 2015.  Defendant filed its answer in Yolo County
3 Superior Court on or about November 9, 2015, and subsequently removed the action to the United
4 States District Court, Eastern District of California, on or about November 12, 2015;
5  WHEREAS, valid agreements to arbitrate exists between Plaintiffs and Defendant;
6  WHEREAS, the parties agree to arbitrate this matter through JAMS consistent with those
7 agreements;
8  WHEREAS, the parties further agree that they will bear their own costs and attorney's
9 fees, except that Defendant will pay for all JAMS costs and fees unique to arbitration that
10 Plaintiffs would not be required to incur in court, after Plaintiffs pay the initial JAMS filing fee;
11  WHEREAS, the parties further agree that California substantive law will apply to the
12 claims brought by Plaintiffs and any defenses raised thereto, provided that the parties' choice of
13 California law shall not be construed to prohibit Defendants from raising any applicable federal
14 defenses;
15  WHEREAS, the parties further hereby stipulate that the United States District Court,
16 Eastern District of California, shall retain jurisdiction of this matter, that the court proceedings
17 shall be stayed pending a completed arbitration pursuant to the binding arbitration agreement
18 between Plaintiffs and Defendant, and that any party may file a petition with this Court to enforce
19 the arbitrator's decision.
20  THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO by and between the
21 parties and/or their respective counsel(s) that:
22  1. The parties will arbitrate the claims pending in this action through JAMS consistent
23  with their written agreements;
24  2. The parties will bear their own costs and attorney's fees, except that Defendant will
25  pay for all JAMS costs and fees unique to arbitration that Plaintiffs would not be
26  required to incur in court, after Plaintiffs pay the initial filing fee;
27
28

3. California substantive law will apply to the claims and defenses at issue in this action, provided that the parties' choice of California law shall not be construed to prohibit Defendants from raising any applicable federal defenses;

4. The matter shall be stayed pending arbitration between Plaintiffs and Defendant; and

5. The United States District Court, Eastern District of California, shall retain jurisdiction of this matter.

Respectfully submitted this 8th day of March 2016.

DATED: March 8, 2016           /s/ Julie A. Doumit (as authorized on 3/7/16)
JULIE A. DOUMIT
ATTORNEY FOR PLAINTIFFS
LAW OFFICES OF WILLIAM F. WRIGHT


DATED: March 8, 2016           /s/ John D. Ellis
JOHN D. ELLIS
ATTORNEY FOR DEFENDANT
SHEPPARD, MULLIN, RICHTER, & HAMPTON

**IT IS SO ORDERED**

Dated: March 9, 2016

Troy L. Nunley
United States District Judge